UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **REBECCA ZWICKER,**<br><br>             Plaintiff,<br><br>     v.<br><br>**FOOD MANAGEMENT PARTNERS, INC., ET AL.,**<br><br>             Defendants. | Case No.  15-cv-01979-YGR<br><br>**ORDER STAYING CASE; SETTING STATUS HEARING**<br><br>Re: Dkt. No. 21 |

The Court has received a stipulated request to stay this case pending resolution of the dispute through arbitration.  (Dkt. No. 21.)  The Court **GRANTS** the request.[1]  Accordingly, this action is **STAYED**.  The Court now **SETS** a Status Hearing for Friday, **April 15, 2016** at **9:01 a.m.** in Courtroom 1 of the Federal Courthouse at 1301 Clay Street, Oakland, California.  Five (5) business days prior to the date of the Status Hearing, the parties shall file a joint statement informing the Court of the status of the arbitration.  If the joint statement has been timely filed, no appearance will be required and the Status Hearing may be taken off calendar.  Telephonic appearances will be allowed if the statement has been submitted in a timely fashion and the Court deems the hearing necessary.

If at any time the arbitration resolves, the parties shall so notify the Court with a joint statement filed within five (5) business days.  Failure to file a required joint statement in a timely fashion or to appear at the Status Hearing may result in sanctions, including monetary sanctions or dismissal.

This Order terminates Docket Numbers 8, 21.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Consequently, the pending motion to dismiss or stay (Dkt. No. 8) is **DENIED** as moot, without prejudice to defendants refiling the motion should the stay be lifted.