# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA ZWICKER,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FOOD MANAGEMENT PARTNERS, INC., ET AL.,**<br><br>    **Defendants.** | **Case No.: 15-CV-01979-YGR**<br><br>**ORDER CONTINUING STATUS HEARING** |

On July 16, 2015, the Court issued a stay of the case pending resolution in arbitration. (Dkt. No. 22.) To provide a method of tracking the case, on July 16, 2015 the Court also set a status hearing for April 15, 2016. (*Id.*) The Court's order also required the parties to file "a joint statement informing the Court of the status of the arbitration" by April 8, 2016. (*Id.*) Defendants filed a statement on April 8, 2016 indicating that plaintiff did not respond to their requests for input into the status report. (Dkt. No. 23.) On April 12, 2016, plaintiff filed a statement indicating that plaintiff intended to "commence arbitration shortly" requesting that the Court "continue the matter 60-90 days." (Dkt. No. 24.) The Court continued the status hearing set for April 15, 2016 to May 6, 2016, requiring a joint statement regarding the status of arbitration to be filed by April 29, 2016. (Dkt. No. 25.) On April 28, 2016, the parties filed a joint statement regarding the status of arbitration, again indicating that plaintiff "intends to commence arbitration shortly" and again requesting the Court to

continue the status conference for two to three months. (Dkt. No. 26.) The Court **DENIES** this request as plaintiff has still failed to provide the Court with a substantive response.

The Court **CONTINUES** the May 6, 2016 status hearing to its 9:01 a.m. Calendar on **Friday, May 13, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. The Court **ORDERS** plaintiff to submit a statement providing further details of plaintiff's diligence in prosecuting this matter, in light of plaintiff's dilatory conduct, by no later than May 6, 2016.

**IT IS SO ORDERED**.

Date: _____May 3, 2016_____

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**