UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**REBECCA ZWICKER**,

        Plaintiff,

   v.

**FOOD MANAGEMENT PARTNERS, INC., ET AL.**,

        Defendants.

Case No. 15-CV-01979-YGR

**ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiff has failed to comply with this Court's Order requiring information to support the diligent prosecution of its case. (Dkt. No. 27.) Plaintiff is advised that the instant case will be dismissed *sua sponte* for failure to prosecute, effective May 27, 2016, unless plaintiff provides a sufficient showing regarding the prosecution of the underlying arbitration. The hearing for May 13, 2016 is hereby **VACATED.**

This Order terminates Docket Number 28 as moot.

**IT IS SO ORDERED.**

Dated: May 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**