# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA ZWICKER**, <br> Plaintiff, <br> v. <br> **FOOD MANAGEMENT PARTNERS, INC., ET AL.**, <br> Defendants. | Case No. 15-cv-01979-YGR <br><br> **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On May 3, 2016, the Court ordered plaintiff to provide details of plaintiff's diligence in prosecuting this matter, in light of plaintiff's dilatory conduct, by no later than May 6, 2016. (Dkt. No. 27.) Plaintiff failed to do so, and on May 10, 2016, the Court advised plaintiff that the Court would dismiss the case *sua sponte* unless plaintiff provided a sufficient showing regarding the prosecution of the underlying arbitration by May 27, 2016. (Dkt. No. 29.) Plaintiff has not done so.

Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk is **ORDERED** to close the case.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**